UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,        **REQUEST TO**
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES    **CLERK FOR**
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL               **ENTRY OF DEFAULT**
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and   08-CIV-3988 (RWS)
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

           Plaintiffs,

  -against-

COFIRE PAVING CORP.,

           Defendant.
------------------------------------------------------------------X

  TO: J. MICHAEL McMAHON, Clerk of the United States District
     Court for the Southern District of New York

  Please enter the default of Defendant COFIRE PAVING CORP. CONTRACTORS, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on July 3, 2008.

Dated: Hastings-on-Hudson, New York
   July 3, 2008        BRADY McGUIRE & STEINBERG, P.C.

              By: _____
              James M. Steinberg (JS-3515)
              Attorneys for Plaintiffs
              603 Warburton Avenue
              Hastings-on-Hudson, New York 10706
              (914) 478-4293

TO: COFIRE PAVING CORP.
   P.O. Box 604384
   Bayside, New York 11360