UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**STATEMENT OF DAMAGES**

08-CIV-3988 (RWS)

          Plaintiffs,

 -against-

COFIRE PAVING CORP.,

          Defendant.
-----------------------------------------------------------------------X

| | |
|---|---|
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $215.00 |
| TOTAL: | $2,143.75 |