UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
FRANCIS P. DIMENNA and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and      08-CIV-3988 (RWS)
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                                        Plaintiffs,

        -against-

COFIRE PAVING CORP.,

                                                    Defendant.
-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, James M. Steinberg, hereby certify under penalty of perjury that on July 3, 2008, I served *via* regular U.S. Mail, the Defendant whose address appears below, with a copy of the enclosed Application for a Default Judgment

COFIRE PAVING CORP.
P.O. Box 604384
Bayside, New York 11360

                                                      James M. Steinberg, Esq. (JS-3515)