```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE         08 Civ. 3988 (RWS)
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D,
AFL-CIO, et al.

                Plaintiffs,                      O R D E R

    - against -

COFIRE PAVING CORP.,

                Defendant.

-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

**Sweet, D.J.,**

Plaintiff's default judgment motion will be heard on submission without oral argument on Wednesday, July 30, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**July 9, 2008**

_____
ROBERT W. SWEET
U.S.D.J.