# BRADY McGUIRE & STEINBERG, P.C.
ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293
TELECOPY NO. (914) 478-4142
EMAIL bmslaw@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

ROBERT D. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

July 11, 2008

The Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re: The Annuity, Welfare and Apprenticeship Skill Improvement & Safety
Funds of the IUOE Local 15 v. Cofire Paving Corp.
Civil Case No. 08-CIV-3988 (RWS)

Dear Judge Sweet:

Our office represents the Plaintiffs in the above-captioned matter who have a default judgment motion against Defendant Cofire Paving Corp. ("Cofire") returnable before Your Honor on July 30, 2008. At this time, we are pleased to advise Your Honor that Defendant Cofire has consented to the demanded payroll audit and is coordinating the delivery of the appropriate payroll records to the auditor for review. Since Defendant Cofire is now cooperating with the Plaintiffs concerning this audit, we respectfully withdraw the pending default judgment motion. In addition, we respectfully request that Your Honor schedule this matter for an initial conference for any date and time after August 18, 2008. This will allow the auditor ample time to prepare his report and for us to forward a copy of same to Defendant Cofire in the event that a fringe benefit deficiency is calculated.

Thank you for your attention to this matter.

Respectfully submitted,

James M. Steinberg (JS-3515)

Cc: Mr. Ross J. Holland (Cofire Paving Corp.)
Mr. Patrick J. Keenan

So ordered.

/s/ Sweet USDJ
7.16.08